**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CASE NO: 13-CR-00413**

**UNITED STATES OF AMERICA,**
    *Plaintiff*,

**vs.**

**DEVIS LEONEL RIVERA MARADIAGA,**
    *Defendant*.

_____/

## NOTICE OF UNAVAILABILITY

Counsel for Defendant, Devis Leonel Rivera Maradiaga hereby files this Notice of Unavailability and states as follows:

Counsel will be unavailable from Monday February 21, 2022, through and including Friday February 25, 2022. Counsel has a prepaid family vacation on those dates.

Counsel respectfully requests that the Court take note of the dates of unavailability and that no hearings, depositions, meetings, calendar calls or other proceedings be set in this cause during this absence.

Respectfully submitted,

/s/*Rene Sotorrio*
RENE A. SOTORRIO, ESQ.
FLORIDA BAR NO. 226734
LAW OFFICES OF RENE A. SOTORRIO, P.A.
1 SE 3rd Avenue, Suite 2600
Miami, FL 33131
Tel: (305) 537-9520
Email: rene@sotorriolaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court and served on all counsel or parties of record this 9th day of February 2022.

/s/*Rene Sotorrio*
RENE SOTORRIO, ESQ.